NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**T.M. PATENTS, L.P., AND T.M. CREDITORS LLC,**
*Plaintiffs-Appellants,*

**v.**

**CISCO SYSTEMS, INC.,**
*Defendant-Appellee.*

---

2014-1161

---

Appeal from the United States District Court for the District of Massachusetts in No. 1:12-cv-11418-WGY, Judge William G. Young.

---

**JUDGMENT**

---

STEPHEN J. DRISCOLL, Saul Ewing, LLP, of Philadelphia, Pennsylvania, argued for plaintiffs-appellants. Of counsel was JOEY TSU-YI CHEN, of Baltimore, Maryland.

J. ANTHONY DOWNS, Goodwin Procter LLP, of Boston, Massachusetts, argued for defendant-appellee. With him on the brief were DANIEL M. FORMAN and LANA S. SHIFERMAN. Of counsel on the brief were JOHN C. O'QUINN and JASON M. WILCOX, Kirkland & Ellis LLP, of Washington, DC.

––––––––––––––––––––

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* NEWMAN and TARANTO, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

August 8, 2014          /s/ Daniel E. O'Toole
Date          Daniel E. O'Toole
          Clerk of Court